# CRIMINAL DOCKET - U.S. District Court

AO 256 (Rev. 2/86)

| | | |
|---|---|---|
| PO ☐ | 102 01 | Assigned |
| Misd. ☐ | | Disp./Sentence |
| Felony ☐ | District / Off / Judge/Magistr. | OFFENSE ON INDEX CARD |

☐ WRIT  ☐ JUVENILE  ☐ ALIAS

U.S. vs. **LaCROSSE, Daniel A.** (LAST, FIRST, MIDDLE)

Case Filed: Mo. Day Yr.
Docket No. / Def.
No. of Def's: 
U.S. MAG. CASE NO. ▶ **93-15M-01**

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|

SUPERSEDING COUNTS

## II. KEY DATE

- **INTERVAL ONE** — KEY DATE: **3/2/93** — EARLIEST OF
  - ☒ arrest
  - ☐ sum'ns
  - ☐ custody
  - ☒ appears — on complaint

- **END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE — APPLICABLE
  - ☐ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver

- KEY DATE
  - a) ☐ 1st appears on pending charge /R40
  - b) ☐ Receive file R20/21
  - c) ☐ Supsdg: ☐ Ind ☐ Inf
  - d) ☐ Order New trial
  - e) ☐ Remand  f) ☐ G/P Withdrawn

- **END INTERVAL TWO** — KEY DATE — APPLICABLE
  - ☐ Dismissal
  - ☐ Pled guilty ☐ After N.G.
  - ☐ Nolo ☐ After nolo
  - ☐ Trial (voir dire) began  ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant - Issued | | | INITIAL APPEARANCE DATE ▶ **3/2/93** | | | ☒ DISMISSED |
| Search Warrant - Return | | | PRELIMINARY EXAMINATION — Date Scheduled ▶ **3/10/93** | | **WHB/02BA** | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons - Issued | | | OR REMOVAL HEARING — Date Held ▶ | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Summons - Served | | | ☐ WAIVED  ☐ NOT WAIVED | Tape Number | | |
| Arrest Warrant Issued | | | ☐ INTERVENING INDICTMENT | | | |
| COMPLAINT ▶ | | | | | | |

Date of Arrest: **3/2/93**

OFFENSE (In Complaint): **18:2 & 1864  Did use or cause others to use hazardous or injurious device on Federal land - tree spiking devices . . .**

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: 20 / 21 / 40 / In / Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

**Peter Papps, FAUSA**

Defense: 1 ☐ CJA  2 ☒ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

| US Attorney | Deft | Deft's Counsel |
|---|---|---|
| PO Box 480<br>Concord, NH 03302<br>225-1552 | 28 Foxrun Lane<br>Salem, NH 03079<br>893-2126 - home<br>898-1212 - work | Gary Lenehan, Esq.<br>85 Brook Street<br>Manchester, NH 03104<br>668-8300 |

### BAIL • RELEASE

**PRE-INDICTMENT**

Release Date: **3/2/93**
- ☐ Bail Denied    ☐ Fugitive
- AMOUNT SET: **$5,000**    ☒ Pers. Rec.
- Date Set: **3/2/93**    ☐ PSA
- ☐ Bail Not Made
- Date Bond Made

Conditions:
- ☐ 10% Dep.
- ☐ Surety Bnd
- ☐ Collateral
- ☐ 3rd Prty
- ☐ Other

**POST-INDICTMENT**

Release Date:
- ☐ Bail Denied    ☐ Fugitive
- AMOUNT SET: $    ☐ Pers. Rec.
- Date Set    ☐ PSA
- ☐ Bail Not Made
- Date Bond Made

Conditions:
- ☐ 10% Dep.
- ☐ Surety Bnd
- ☐ Collateral
- ☐ 3rd Prty
- ☐ Other

APPEALS FEE PAYMENTS

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

☒ Docket Entries Begin On Reverse Side

| DATE / DOCUMENT NO. | Yr | Docket No | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | | 93-15M-01 | | | | | | |

**V. PROCEEDINGS**

(OPTIONAL) Show last names of defendants

| Date 1993 | Doc # | Proceeding |
|---|---|---|
| Mar 2 | 1 | Copy of Warrant for Arrest and Complaint from Idaho |
| | 2 | APPEARANCE for Deft by Gary S. Lenehan, Esq. |
| | 3 | Agent's original return on copy of Arrest Warrant |
| | 4 | COURTROOM MINUTES. WHB (Taped S-666: 142-245) BAIL HEARING. Bail: $5,000 w/o surety; telephone USP before noon Mondays, Wednesdays & Fridays; report in person Tuesdays and Thursdays; surrender passport and firearms; Rule 40 hearing to be scheduled |
| | 5 | ORDER Setting Conditions of Release, WHB (EOD 3/3/93) Rule 40 hearing March 10, 1993 at 3 PM. |
| | 6 | APPEARANCE BOND |
| 9 | 7 | Copy of Collateral Receipt for Passport of Deft |
| 10 | 8 | Govt's MOTION to Dismiss |
| | | On #8: Granted, WHB (EOD 3/12/93) cc |
| 22 | 9 | Defts MOTION for Return of Passport |
| | | END. ORDER, WHB (EOD 3/23/93) cc #9, granted |
| 29 | 10 | Return of Collateral by Deft, 3/25/93 w/Green Return Receipt attached |

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]



B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole, probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
8 Transportation from another district or to/from examination or hospitalization in 10 days
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]



R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) - use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(B)]
T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)

CONTINUED TO PAGE ___